FILED
**United States Court of Appeals**
**Tenth Circuit**

**July 25, 2024**

**Christopher M. Wolpert**
**Clerk of Court**

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

KEVIN EARL TOOKS,

    Defendant - Appellant.

No. 24-6029
(D.C. No. 5:22-CR-00239-JD-4)
(W.D. Okla.)

_____

## ORDER AND JUDGMENT[*]
_____

Before **EID**, **KELLY**, and **BRISCOE**, Circuit Judges.
_____

Pursuant to a plea agreement containing an appellate waiver, Kevin Earl Tooks

pleaded guilty to conspiring to possess and distribute fentanyl, in violation of

21 U.S.C. § 846.  The district court sentenced him to 188 months in prison, which

was at the bottom of the advisory Sentencing Guidelines range of 188 to 235 months.

Mr. Tooks appealed, and the government now moves to enforce the appeal

waiver.  *See United States v. Hahn*, 359 F.3d 1315, 1328 (10th Cir. 2004) (en banc)

(per curiam).  In response, Mr. Tooks "acknowledges that his appeal waiver is

enforceable under the standard set out in *United States v. Hahn*."  Resp. at 1.

---

[*] This order and judgment is not binding precedent, except under the doctrines
of law of the case, res judicata, and collateral estoppel.  It may be cited, however, for
its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

Based on Mr. Tooks's concession, and our application and interpretation of *Hahn*, we grant the government's motion to enforce the appeal waiver and dismiss this appeal.

Entered for the Court

Per Curiam